Dismissed and Memorandum Opinion filed February 10, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00071-CR

____________

 

RODNEY D. THOMAS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 179th District Court

Harris County, Texas

Trial Court Cause No. 1061841

 



 

MEMORANDUM
OPINION

After a plea of guilty, appellant was convicted of the
offense of intoxication manslaughter and sentenced to 15 years in prison on January
9, 2007.  Appellant’s pro se notice of appeal was not filed until January 21,
2011.

A defendant’s notice of appeal must be filed within thirty
days after sentence is imposed when the defendant has not filed a motion for
new trial.  See Tex. R. App. P. 26.2(a)(1).
 A notice of appeal which complies with the requirements of Rule 26 is
essential to vest the court of appeals with jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998).  If an appeal is not timely
perfected, a court of appeals does not obtain jurisdiction to address the
merits of the appeal.  Under those circumstances it can take no action other
than to dismiss the appeal.  Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Brown, Boyce, and Jamison.

Do Not Publish — Tex. R. App. P. 47.2(b).